UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.:

JERRY HALIBURTON,

       Plaintiff,

vs.

MGMERK STOCKING INC.
and LYNETTE B. GREENWICH,

       Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, MGMERK STOCKING INC. and LYNETTE B. GREENWICH, by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove this action from the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida, Fort Pierce Division. The removal of this action is based upon the following:

1. On or about June 25, 2019, Plaintiff, JERRY HALIBURTON ("Haliburton"), filed a civil action in the Circuit Court of the 19th Judicial Circuit in and for St. Lucie County, Florida, entitled *Jerry Halburton v. MGMERK Stocking Inc. and Lynette B. Greenwhich,*[1] St. Lucie County Circuit Court Case No. 56-2019-CA-001264A-XXX-HC (hereinafter referred to as the "State Court Action").

2. This is an action by Plaintiff for retaliatory discharge to seek unpaid wages and recover all damages against MGMERK pursuant to Florida Statutes § 449.295 ("Coercion Statute") and

---

[1] Defendant's name was incorrectly spelled in the state court documents. Defendant's correct last name is spelled "Greenwich."

under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201, *et seq*. against both Defendants.

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted claims under federal law based on violations of the FLSA. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367(a).

4. A copy of the Complaint and Summons in the State Court Action were served upon Defendant on June 27, 2019. This constituted Defendants' first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), and is brought within thirty-days (30) from the date on which Defendants received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331, 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Fort Pierce Division. *See* 28 U.S.C. § 1441(a). The Southern District, Fort Pierce Division is the appropriate venue because Plaintiff worked for Defendant in St. Lucie County, Florida. *See* Complaint, filed in St. Lucie County.

7. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as **Composite Exhibit "A,"** as required by 28 U.S.C. § 1446(a).

8. Pursuant to 28 U.S.C. § 1446(d), Defendants are simultaneously providing written notice of the removal to Plaintiff and are filing a copy of this Notice of Removal in the Circuit Court of the 19th Judicial Circuit, in and for St. Lucie County, Florida. A copy of Defendants' Notice of

Filing Notice of Removal, which will be filed immediately after with the Florida E-Portal system is attached hereto as **Exhibit "B."**

Dated this 29th day of July, 2019.

        Respectfully submitted,

        TODD W. SHULBY, P.A.
        Todd W. Shulby, Esq.
        1792 Bell Tower Lane
        Weston, Florida 33326
        Telephone: (954) 530-2236
        Facsimile: (954) 530-6628
        E-mail: tshulby@shulbylaw.com
        Counsel for Defendants

        By:   /s/Todd W. Shulby, Esq.
                Florida Bar No.: 068365

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Chad E. Levy, Esq. and David M. Cozad, Esq.

I HEREBY CERTIFY that on July 29, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

        By:   /s/Todd W. Shulby, Esq.
                For Todd W. Shulby, P.A.