# Composite Exhibit "A"

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>NINETEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>ST. LUCIE</u> COUNTY, FLORIDA

Case No.: <u>562019CA001264AXXXHC</u>
Judge: <u>Judge Barbara Bronis</u>

<u>Jerry Haliburton</u>
Plaintiff
vs.
<u>MGMerk Stocking, Inc., Lynette B. Greenwhich</u>
Defendant

## II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT IN AND FOR ST. LUCIE COUNTY, FLORIDA

JERRY HALIBURTON,

    Plaintiff,

vs.

MGMERK STOCKING INC.
and LYNETTE B. GREENWHICH,

    Defendant.

_____/

CASE NO.: 562019CA001264AXXXHC

Judge Barbara Bronis

## COMPLAINT

Plaintiff, JERRY HALIBURTON (hereinafter, "Plaintiff"), by and through the undersigned counsel, sues the Defendants, MGMERK STOCKING INC. (hereinafter, "MGMERK"), and LYNETTE B. GREENWHICH (hereinafter "GREENWHICH"), and in support thereof, alleges as follows:

### INTRODUCTION

1. This is an action by Plaintiff for retaliatory discharge to seek unpaid wages, and recover all damages against MGMERK pursuant to Florida Statutes §440.205 ("Coercion Statute") and under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq. against both Defendants.

### JURISDICTION AND VENUE

2. The amount in controversy in this matter exceeds the jurisdictional minimum of this Court.

3. All such acts alleged herein were committed within this judicial circuit and therefore venue is appropriate.

4.     Plaintiff has satisfied all conditions precedent to the maintenance of this action.

## PARTIES

5.     At all times material hereto, Plaintiff is over the age of eighteen (18) years, a citizen of the United States, sui juris and a former employee of Defendants.

6.     At all times material hereto, Defendants were conducting business in this judicial district, were the former employers of the Plaintiff, and are otherwise an employer under the FLSA and the Coercion Statute.

7.     That at all times material hereto, Defendant, LYNETTE B. GREENWHICH, individually, acted directly in the interests of his employer, MGMERK, in relation to the Plaintiff, and this individual Defendant exercised the requisite legal control and otherwise administered the illegal acts as described herein on behalf of the Defendant, MGMERK, and is otherwise an 'employer' under the FLSA.

8.     At all times material hereto, Defendants were and continue to be an 'enterprise engaged in commerce' within the meaning of the FLSA.

9.     That at all times material hereto, Plaintiff was 'engaged in commerce' within the meaning of the FLSA.

10.    Defendants have been at all times material engaged in interstate commerce, and Defendants' annual gross revenues derived from this interstate commerce, upon information and belief, are in excess of $500,000.00 for the relevant time period.

## ALLEGATIONS

11.    Plaintiff was employed by Defendants since August 2, 2016, and was a satisfactory employee for your company.

12. However, during the course of Plaintiff's employment, on both February and November of 2018, Plaintiff suffered injuries that resulted in him needing to file a Worker's Compensation claim.

13. Subsequently, given these injuries suffered on the job, Plaintiff sought a claim for compensation under Workers' Compensation Law.

14. Nevertheless, MGMERK informed that no such workers compensation existed and the Plaintiff was due back to work.

15. Plaintiff had no alternative but to resign in an act of constructive discharge.

16. Defendants also violated the FLSA as Plaintiff regularly worked up to 60 hours per week without receiving any overtime premiums.

17. Plaintiff is not in possession of all records to calculate an amount owed at this time.

### COUNT I-MGMERK
### COERCION OF EMPLOYEES-FLA. STAT. §440.205

The Plaintiff incorporates by reference paragraphs 1 through 17 herein, and states as follows:

18. The Plaintiff engaged in protected activity under the Coercion Statute by proceeding with a valid claim for under Worker's Compensation Law.

19. The Defendant, MGMERK, refused to provide such benefits to the Plaintiff and demanded Plaintiff to continue working without these benefits, forcing Plaintiff to resign in an act of constructive discharge.

20. As a direct and proximate result of the Defendant, MGMERK's unlawful conduct, Plaintiff has and will continue to suffer damages.

WHEREFORE, the Plaintiff requests that the Court order the following:

a. Declaring that the acts and practices complained of herein by MGMERK are in violation of the Coercion Statute;

b. Awarding back pay, prejudgment interest, post judgment interest and damages for all employment compensation and benefits the Plaintiff would have received but for the unlawful acts of MGMERK;

c. Awarding the Plaintiff compensatory, consequential, and emotional damages;

d. Awarding the Plaintiff all other sums of money, medical benefits and other employment benefits with interest thereon to which Plaintiff is entitled; and

e. Ordering any other and further relief pursuant to the Act or any other authority that this Court deems to be just and proper in this matter.

## COUNT II- MGMERK
## FLSA

The Plaintiff incorporates by reference paragraphs 1 through 17 herein, and states as follows:

21. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

22. By reason of the intentional, willful and unlawful acts of the Defendant, MGMERK in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, MGMERK for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## COUNT III–GREENWHICH
## FLSA

The Plaintiff incorporates by reference paragraphs 1 through 17 herein, and states as follows:

23. Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

24. By reason of the intentional, willful and unlawful acts of the Defendant, GREENWHICH in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, LYNETTE B. GREENWHICH for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury as to all counts.

Dated: June 25, 2019.                      Respectfully submitted,

                                           Law Offices of Levy & Levy, P.A.
                                           1000 Sawgrass Corporate Parkway, Suite 588
                                           Sunrise, Florida  33323
                                           Telephone: (954) 763-5722
                                           Facsimile: (954) 763-5723
                                           *Counsel for Plaintiff*

                                           */s/ Chad Levy*
                                           CHAD E. LEVY, ESQ.
                                           chad@levylevylaw.com
                                           Secondary: assistant@levylevylaw.com
                                           F.B.N.: 0851701
                                           DAVID M. COZAD, ESQ.
                                           david@levylevylaw.com
                                           F.B.N.: 333920

5

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Non-monetary declaratory or injunctive relief;
☒ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

<u>3</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Chad E. Levy</u>     FL Bar No.: <u>851701</u>
       Attorney or party                                                              (Bar number, if attorney)

<u>Chad E. Levy</u>  <u>06/25/2019</u>
       (Type or print name)                                                           Date

## VERIFIED RETURN OF SERVICE

**State of Florida**        **County of ST. LUCIE**        **Circuit Court**

Case Number: 19-1264

Plaintiff:
**JERRY HALIBURTON**

vs.

Defendant:
**MGMERK STOCKING, INC. AND LYNETTE B. GREENWHICH**

For:
LEVY & LEVY, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, FL 33323

Received by GORMAN PROCESS SERVICE, LLC on the 26th day of June, 2019 at 1:51 pm to be served on **MGMERK STOCKING, INC., 1157 S.W. JOHN MCCORMACK TERRACE, PORT SAINT LUCIE, FL 34953.**

I, Marcia Gillings-CPS# 89-23, being duly sworn, depose and say that on the **27th day of June, 2019** at **7:04 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS/COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MARVIN GREENWHICH** as **REGISTERED AGENT** for **MGMERK STOCKING, INC.**, at the address of: **1157 S.W. JOHN MCCORMACK TERRACE, PORT SAINT LUCIE, FL 34953**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I declare that I have read the foregoing and the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was effected in accordance with State Statutes

Subscribed and Sworn to before me on 6/28/19 by the affiant who is personally known to me.

NOTARY PUBLIC

ELIZABETH ANN MCINTYRE
MY COMMISSION # FF915341
EXPIRES September 22, 2019
(407) 398-0153 FloridaNotaryService.com

Marcia Gillings-CPS# 89-23
PROCESS SERVER

GORMAN PROCESS SERVICE, LLC
11767 S. Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636

Our Job Serial Number: ARG-2019003011

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



# VERIFIED RETURN OF SERVICE

State of Florida           County of ST. LUCIE           Circuit Court

Case Number: 19-1264

Plaintiff:
**JERRY HALIBURTON**

vs.

Defendant:
**MGMERK STOCKING, INC. AND LYNETTE B. GREENWHICH**

For:
LEVY & LEVY, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, FL 33323

Received by GORMAN PROCESS SERVICE, LLC on the 26th day of June, 2019 at 1:59 pm to be served on **LYNETTE B. GREENWHICH, 1157 S.W. JOHN MCCORMACK TERRACE, PORT SAINT LUCIE, FL 34953**.

I, Marcia Gillings-CPS# 89-23, being duly sworn, depose and say that on the **27th day of June, 2019 at 7:04 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS/COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MARVIN GREENWHICH** as **SPOUSE/CO-RESIDENT** at the address of: **1157 S.W. JOHN MCCORMACK TERRACE, PORT SAINT LUCIE, FL 34953**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

Under penalties of perjury, I declare that I have read the foregoing and the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the county in which service was effected in accordance with State Statutes

Subscribed and Sworn to before me on 06/28/19 by the affiant who is personally known to me.

NOTARY PUBLIC

ELIZABETH ANN MCINTYRE
MY COMMISSION # FF915341
EXPIRES September 22, 2019

Marcia Gillings-CPS# 89-23
PROCESS SERVER

GORMAN PROCESS SERVICE, LLC
11767 S. Dixie Highway
Suite 201
Miami, FL 33156
(305) 971-9636

Our Job Serial Number: ARG-2019003012

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

IN THE CIRCUIT COURT OF THE 19th
JUDICIAL CIRCUIT IN AND FOR
ST. LUCIE COUNTY, FLORIDA

CASE NO.: 562019CA001264AXXXHC

JERRY HALBURTON,

        Plaintiff,

vs.

MGMERK STOCKING INC.
and LYNETTE B. GREENWHICH,

        Defendants.
_____/

<u>NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANTS</u>

NOTICE IS HEREBY GIVEN that Todd W. Shulby, Esq. and Todd W. Shulby, P.A., represents the Defendants, MGMERK STOCKING INC. and LYNETTE B. GREENWHICH, in this action.

Dated this 18th day of July, 2019.

                                                         Respectfully submitted,

                                                         TODD W. SHULBY, P.A.
                                                         Todd W. Shulby, Esq.
                                                         1792 Bell Tower Lane
                                                         Weston, Florida 33326
                                                         Telephone: (954) 530-2236
                                                         Facsimile: (954) 530-6628
                                                         E-mail: tshulby@shulbylaw.com
                                                         Counsel for Defendants

                                                         By:    /s/Todd W. Shulby, Esq.
                                                                     Florida Bar No.: 068365

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on <u>July 19, 2019</u>, I electronically filed the foregoing with the Clerk of the Court by using the Florida E-Portal electronic filing system which will send a notice of electronic filing to the following: Chad E. Levy, Esq. and David M. Cozad, Esq.

By: <u>/s/Todd W. Shulby, Esq.</u>
For Todd W. Shulby, P.A.

IN THE CIRCUIT COURT OF THE 19th
JUDICIAL CIRCUIT IN AND FOR
ST. LUCIE COUNTY, FLORIDA

CASE NO.: 562019CA001264AXXXHC

JERRY HALBURTON,

        Plaintiff,

vs.

MGMERK STOCKING INC.
and LYNETTE B. GREENWHICH,

        Defendants.
_____/

## DEFENDANTS' MOTION FOR ENLARGMENT OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

     Defendants, MGMERK STOCKING INC. and LYNETTE B. GREENWHICH, by and through the undersigned counsel, hereby files this Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, and states as follows:

     1.    Defendants retained the undersigned counsel today, July 18, 2019.

     2.    Inasmuch as counsel was just retained today, Defendants' counsel needs additional time to complete the investigation in order to be able to respond to the Complaint. Defendant's counsel has requested information and records pertaining to the claims raised by the Plaintiff in this case and expects to have same soon.

     3.    Therefore, Defendants respectfully requests an additional fourteen (14) days to file a response to the Complaint.

     4.    Defendants represents that this request is not made in bad faith, for undue delay or for any other dilatory purpose.

     WHEREFORE, Defendants respectfully request that this motion for enlargement of time

be granted.

Dated this 18th day of July, 2019.

          Respectfully submitted,

          TODD W. SHULBY, P.A.
          Todd W. Shulby, Esq.
          1792 Bell Tower Lane
          Weston, Florida 33326
          Telephone: (954) 530-2236
          Facsimile: (954) 530-6628
          E-mail: tshulby@shulbylaw.com
          Counsel for Defendants

          By:   /s/Todd W. Shulby, Esq.
                  Florida Bar No.: 068365


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>July 18, 2019</u>, I electronically filed the foregoing with the Clerk of the Court by using the Florida E-Portal electronic filing system which will send a notice of electronic filing to the following: Chad E. Levy, Esq. and David M. Cozad, Esq.

          By:   /s/Todd W. Shulby, Esq.
                  For Todd W. Shulby, P.A.